

# NIKOLETTA S. MENDRINOS
## ASSOCIATE

Ms. Mendrinos is an Associate at Murphy, Falcon & Murphy in Baltimore. Since joining the firm in 2012, she has worked on many of the firm's high profile and complex cases. In this role, she researches novel legal issues, drafts complaints, motions, mediation statements, and drives cases to their successful resolution. She is also responsible for overseeing and executing the settlement distributions for many of the firm's complex, multi-plaintiff cases.



In addition to significant research and writing, she is responsible for building and trying some of the firm's most difficult cases that involve issues of contributory negligence, gross negligence, malice, and punitive damages. With a meticulous eye, a practical understanding of the law, and an ability to drive matters to conclusion, Ms. Mendrinos' work has assisted the firm in securing settlements in excess of $95 million.

## HIGHLIGHTED CASES

- *Estate of William Green, et al. v. Prince George's Cnty., Md.* (2020) (Circuit Court for Prince George's County). MFM obtained a $20 million pre-suit settlement for the family and Estate of William Green after he was murdered by a Prince George's County police officer. Responsible for researching facts and viable causes of action and drafting documents necessary for early resolution.

- *Estate of Jordan McNair, et al. v. Daniel Durkin, et al.* (2018) (United States District Court for the District of Maryland). MFM obtained a $3.5 million pre-suit settlement for the family and Estate of Jordan McNair, including non-monetary terms such as a partnership between the Jordan McNair Foundation and the University to increase awareness for exertional heat stroke and to promote athlete safety. Responsible for researching facts and viable causes of action and drafting documents necessary for early resolution.

- *Scott, et al. v. LifeBridge Health, Inc.* (2018) (Circuit Court for Baltimore City). As co-counsel, MFM successfully defended a motion to dismiss claims involving two data breaches for lack of legally cognizable injuries. Responsible for reviewing and drafting documents, court submissions, and coordinating with chambers.

ONE SOUTH STREET, 30TH FLOOR, BALTIMORE, MD 21202 • 800.227.0150 • T: 410.539.6500 • F: 410.539.6599 • MURPHYFALCON.COM

- *Jundanian v. Broadway Services, Inc., et al.* (2018) (Circuit Court for Baltimore City) As lead counsel, built the case, which had a significant contributory negligence issue, and successfully defeated a motion for summary judgment by creating a jury question on the defense of last clear chance. Obtained a confidential settlement.

- *Moore, et al. v. Stanger* (2017) (Circuit Court for Wicomico County) As lead counsel, obtained a confidential settlement for the family of a four-year-old girl who burned to death in a utility closet in her home.

- *Green, et al. v. Conaway, et al.* (2016) (Circuit Court for Baltimore City) As trial counsel, obtained a verdict that included $40,000 in punitive damages against five police officers who harassed two brothers during a traffic stop.

- *Kammerer v. Mowery* (2016) (Circuit Court of Prince George's County) As lead counsel, defeated a motion to dismiss based on Plaintiff signing a waiver and successfully created a triable issue as to gross negligence. Obtained a confidential settlement.

- *Smallwood, et al. v. Off. Joseph Kamberger, Jr. et al.* (2016) (Circuit Court for Baltimore City) As lead counsel, researched and drafted the appellate briefs and successfully argued in the Court of Special Appeals, overturning the trial court's grant of summary judgment as to negligence, gross negligence, and proximate cause where a Baltimore County Police Officer engaged in a high-risk pursuit that killed an infant.

- *Freddie Gray, Jr. v. Caesar R. Goodson, Jr., et al.* (2015) (Circuit Court for Baltimore City). Researched causes of actions for federal and state civil rights' violations that led to Plaintiff's death and drafted documents necessary for a $6.4 million pre-suit settlement.

- *Reimold v. Gokaslan, M.D., et al.* (2015) (Circuit Court of Baltimore City) As co-counsel for Plaintiff, a former member of the Orioles, who was released to physical activity too early after spine surgery. Drafted most of the motions and was responsible for organizing and procuring paper discovery. Obtained a confidential settlement.

- *Pulley, et al. v. Madison Park North Apartments, Ltd. P'ship, et al.* (2014) (Circuit Court for Baltimore City) Identified common and distinguishable injuries among 226 Plaintiffs and created a method to distribute a confidential, mass settlement to all Plaintiffs consistent with Rules of Professional Responsibility. The method has been used internally in MFM in other matters, most recently in another multi-plaintiff case with 79 Plaintiffs, *Boyd, et al. v. TCB Pedestal Gardens, LLC, et al.* (2020)(Circuit Court for Baltimore City).

- *Reid v. Prince George's Cnty. Bd. of Educ.* (2014) (United States District Court for the District of Maryland) Co-Counsel for Plaintiff, a woman with disabilities, who suffered significant injuries while she was a student at a school in Prince George's County. Responsible for research, drafting, and procuring paper discovery. Defeated a motion to dismiss based on failure to provide adequate notice under the Americans with Disabilities Act. Obtained a confidential settlement.

- *Fallows, et al. v. St. Joseph Medical Center, Inc.* (2014) (Circuit Court for Baltimore City). Assisted the Managing Partner with research and drafting of documents necessary to resolve the case. Developed a process to determine pro rata share deductions, final amounts to be distributed to class members, and a tracking system for distribution of $50 million to eligible class members and other claimants.

## ADMISSIONS
- Maryland (2012)
- District of Columbia (2014)
- U.S. District Court for the District of Maryland (2014)

## LEGAL EXPERIENCE
- Murphy, Falcon & Murphy, Baltimore, MD
    - *Associate Attorney*, September 2012-Current
- The Honorable Stephen J. Sfekas, Circuit Court for Baltimore City, Baltimore, MD
    - *Judicial Intern*, August 2012-September 2012
- Shaw, Joseph & Just, P.A., Hunt Valley, MD
    - *Law Clerk*, May 2010-May 2012
- The Honorable John Prevas, Circuit Court for Baltimore City, Baltimore, MD
    - *Judicial Intern*, Fall 2010
- The Honorable Barry Williams, Circuit Court for Baltimore City, Baltimore, MD
    - *Judicial Intern*, Summer 2010

## EDUCATION
- University of Baltimore School of Law, Baltimore, MD
    - J.D., *cum laude*, May 2012
- University of Nevada, Las Vegas, Las Vegas, NV
    - B.S. in Recreation and Sports Management, Minor in Psychology, December 1998

## PUBLICATIONS
- Recent Development, *Legal Issues Presented by the Use of Dispersants in the Deepwater Horizon Oil Spill*. 18 U. BALT. J. ENVTL. L. 99 (Fall 2010).

## AWARDS, ACTIVITIES & HONORS
- Selected as a Maryland Rising Star by Maryland Super Lawyers for five consecutive years (2017-2021)
- University of Baltimore, Journal of Land and Development, Managing Editor (2011-2012)
- University of Baltimore, National Moot Court Competition Team, Member (2011)
- UNLV Scholar Athlete
- Western Athletic Conference Scholar Athlete
- Big West Scholar Athlete
- UNLV Swimming and Diving Team, Member and Letterwinner (94-98) and Team Captain (96-98)
- Women's Big West Conference Champion, 200 yard butterfly (1996)
- Greek Best Swimmer of the Year (1991)
- Greek National record holder in multiple events, with one record standing for nine years (1991-2000)

## LANGUAGES
- Fluent in Greek