## Exhibit A - Resume of John A. Yanchunis

Mr. Yanchunis leads Morgan & Morgan's class action group. Morgan & Morgan is the largest Plaintiff's, contingency-only law firm in the country, with over 700 lawyers throughout the United States. Its depth as a trial firm, and its self-funded financial resources, allow it to undertake the largest and most significant cases throughout the country. Mr. Yanchunis—whose career as a trial lawyer began 38 years ago following the completion of a two-year clerkship with United States District Judge Carl O. Bue, Southern District of Texas, (now deceased)—has efficiently and expeditiously led many privacy-related Multidistrict Litigation (MDL) and non-MDL class action proceedings, including as Lead or Co-Lead Counsel.He has focused his practice on class action litigation for over 25 years.

Mr. Yanchunis began his work in privacy litigation in 1999 with the filing of *In re Doubleclick Inc. Privacy Litigation*, 154 F. Supp. 2d 497 (S.D.N.Y. 2001), alleging privacy violations based on the placement of cookies on hard drives of internet users. His work in the area of privacy litigation, including data breaches and data misuse, has continued since that time, and as detailed in his application, involves leadership positions in most of the largest privacy and data breach cases filed to date.

Mr. Yanchunis was recognized in 2020 for the second year in a row by Law360 as one of 4 MVPs in the area of Cybersecurity and Privacy. Similarly, in 2016, Mr. Yanchunis was recognized by the National Law Journal as its 2016 Trailblazer in the Area of Cybersecurity & Data Privacy. In 2020, Mr. Yanchunis was named Florida Lawyer of the Year by the Daily Business Review.

Because of his experience in privacy and data breach litigation, he is a frequent speaker nationally at conferences focused on privacy: NetDiligence Cyber Risk & Privacy Liability Forum, October 6, 2015; HB Litigation Conferences, February 11, 2016; NetDiligence Cyber Risk & Privacy Liability Forum, June 7, 2016; CPLC CLE, June 18, 2016; Advisen's Executive Risk Insights Conference, September 21, 2016, New York, New York; HB Litigation Conferences, March 17, 2017;

NetDiligence Cyber Risk & Privacy Liability Forum, June 6, 2017; Martin Harris Conference, September 28, 2017; New Jersey Association For Justice, May 10, 2018; Los Angeles Class Action Conference, January 11, 2019; The Sedona Conference, February 28, 2019; Mass Tort Made Perfect, October 23, 2019; Class Action Forum, San Diego, California, March 4, 2020; Class Action & Ethics Conference, September 21, 2020; and Litigating and Defending CCPA and Privacy Class Actions, September 25, 2020.

He has also spoken at international conferences on privacy: International Conference on Class Actions and Collective Redress, University of Haifa, Israel, March 28, 2019; Masters of Mass Torts, Cancun, Mexico, February 25, 2020; and Virtual Class Action Symposium, November 18, 2020, London, England.

Mr. Yanchunis has served in leadership positions on many professional committees and boards, most prominently as a member of the Board of Directors of The Florida Bar Foundation, a member of The Florida Board of Bar Examiners appointed by the Florida Supreme Court (5-year term, and he continues by appointment to date as an Emeritus Member), and an elected member for two terms to The Board of Governors of The Florida Bar. He has also served as an expert in ethical issues in class litigation for The Florida Bar in disciplinary proceedings.

In his profession, he received the Florida Bar Foundation President's Award of Excellence, the Public Justice Impact Change Award, and for his work in representing a class of elderly indigent Floridians on Medicaid in a suit against the State of Florida, which resulted in an increase in the benefits to class members, he was awarded The Florida Bar Elder Law Section Chair's Honor Award.

He has been recognized as a Super Lawyer for almost 2 decades and is AV rated by Martindale Hubbell.

In his community, he is a member of the St. Vincent de Paul Society (former board member), and, while his 5 children were growing up, he was active in Scouting, holding almost every leadership

position within the Boy Scouts, including President of his Council. For his leadership in Scouting, he was awarded the District Award of Merit and the Silver Beaver Award.